# CONSENT TO JOIN LAWSUIT

I hereby consent to opt-in to become a plaintiff in a collective action against the County of Page, Virginia and Page County Fire & EMS in order to recover for violations of wage and hour laws.

__*Ashley Taylor*__
Ashley Taylor (Oct 7, 2024 19:16 EDT)
Signature

Ashley Taylor
Printed Name